GEORGE E. MURPHY (SB# 91806)
GEORGE A. GUTHRIE (SB# 201263)
MURPHY, CAMPBELL, GUTHRIE & ALLISTON
8801 Folsom Boulevard, Suite 230
Sacramento, CA  95826

Telephone: (916) 484-3501
Fax: (916) 484-3511

Attorneys for Plaintiffs,
JACK WILLIAMS and CARI WILLIAMS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACK WILLIAMS and CARI WILLIAMS,<br><br>　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 25,<br><br>　　　　　　　Defendants. | Case No. 2:09-CV-01023-MCE-DAD<br><br>ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' MOTION FOR MODIFICATION OF PRETRIAL SCHEDULING ORDER TO PERMIT DISCOVERY BEYOND CUT-OFF<br><br>DATE: May 27, 2010<br>TIME:  2:00 p.m.<br>DEPT:   7 |

　　　　Pursuant to Local Rule 144(e), Plaintiffs have applied to the Court for an order shortening time on Plaintiffs' Motion for Modification of Pretrial Scheduling Order to Permit Discovery Beyond the Current Cut-Off date.  The Application is based on the Affidavit of Plaintiffs' Counsel, George E. Murphy.  Additionally, the Court has considered the Declaration of George E. Murphy filed in support of Motion for Modification of Pretrial Scheduling Order.  For the reasons set forth in those declarations, and good cause appearing, the Court orders hearing on Motion for Modification of Pretrial Scheduling Order to take place on May 27, 2010, at 2:00 pm, in Department 7, of the above-entitled Court, located at 501 I Street, Sacramento, CA 95814.  Opposition to said Motion ///

///

///

for Modification of Pretrial Scheduling Order is to be filed and served on Monday, May 24, 2010. There will be no reply papers filed.

    IT IS SO ORDERED.

DATED: May 18, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE