UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JACK WILLIAMS and CARI WILLIAMS,

        Plaintiffs,

  v.

ALLSTATE INSURANCE COMPANY, and DOES 1 through 25,

        Defendants.

No. 2:09-cv-01023-MCE-DAD

**ORDER**

----oo0oo----

Through the present action, Plaintiffs allege that their residential insurer, Defendant Allstate Insurance Company ("Allstate") breached its contractual obligation to provide indemnification following a windstorm loss that occurred on or about January 4, 2008.  Presently before the Court is Plaintiffs' Motion for Modification of the Court's August 10, 2009 Pretrial Scheduling Order in this matter which established, *inter alia*, a non-expert discovery deadline of May 14, 2010.

///

1

1 Plaintiffs' counsel, George E. Murphy, seeks a continuance of
2 sixty (60) days for completion of that discovery to and including
3 July 14, 2010.  According to Mr. Murphy's Declaration in support
4 of the Motion, an illness and hospitalization in April of 2010
5 have prevented him from completing discovery by the within
6 existing deadline of May 14, 2010 for doing so.

7 Counsel for Defendant Allstate has not opposed Plaintiffs'
8 request, indicating their willingness to "stipulate to any
9 reasonable accommodation."  Def.'s Response, 1:20-21.  Given that
10 non-opposition, and good cause appearing therefor, Plaintiffs'
11 Motion (Docket No. 14) is hereby GRANTED.[1]  The deadline for
12 completing non-expert discovery is extended to July 14, 2010.
13 All other dates established by the Court's August 10, 2009
14 Pretrial Scheduling Order remain unchanged.

15 IT IS SO ORDERED.

Dated: June 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument was not of material assistance, the Court ordered this matter submitted on the briefing.  E.D. Local Rule 230(g).

2