UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JACK WILLIAMS and CARI WILLIAMS,

        Plaintiffs,

    v.

ALLSTATE INSURANCE COMPANY,

        Defendant.

No. 2:09-cv-01023-MCE-DAD

**ORDER**

----oo0oo----

In this case alleging breach of contract and insurance bad faith, Plaintiffs Jack Williams and Cari Williams ("Plaintiffs") allege that their homeowners' carrier, Defendant Allstate Insurance Company ("Allstate") breached its obligation to provide indemnification following a windstorm loss that occurred on or about January 4, 2008. Allstate has moved for partial summary adjudication as to Plaintiffs' Second Cause of Action, for breach of the implied covenant of good faith and fair dealing, on grounds that Allstate's coverage determination was made as a result of its reasonable reliance on expert reports indicating that the windstorm was not the cause of Plaintiffs' purported loss. Allstate's motion is presently scheduled to be heard on September 2, 2010.

1

1   Presently before the Court is Plaintiffs' ex parte
2 application for an order shortening time on its Motion to
3 Continue Allstate's Motion for Partial Summary Judgment.
4 Plaintiffs request that their motion be heard on an expedited
5 basis since its opposition to Allstate's motion is due on
6 August 20, 2010.  Plaintiffs contend that they have outstanding
7 discovery requests going to the heart of whether the opinions
8 proffered by Allstate's experts were indeed reasonable.  That
9 discovery is subject to a timely Motion to Compel to be heard on
10 August 27, 2010, just five business days before the hearing on
11 Allstate's summary judgment motion, and a week after Allstate's
12 opposition is due given the current September 2, 2010 hearing
13 date.  Citing the necessity of obtaining the disputed discovery
14 in order to meaningfully oppose Allstate's Motion, Plaintiffs
15 seek a continuance of that motion under Federal Rule of Civil
16 Procedure 56(f).

17   Rule 56(f) states in pertinent part as follows:

> **(f) When Affidavits are Unavailable.**  Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

23 Rule 56(f) confers the court with discretion to order that
24 additional discovery be completed before to summary judgment, or
25 to "make such order as it just" to "protect parties from a
26 premature grant of summary judgment."  <u>Weinberg v. Whatcom
27 County</u>, 241 F.3d 746, 750 (9th Cir. 2001).
28 ///

2

1  "A district court should continue a summary judgment upon a good
2  faith showing by affidavit that the continuance is needed to
3  obtain facts essential to preclude summary judgment." Id. at
4  750, citing California v. Campbell, 138 F.3d 772, 779 (9th Cir.
5  1998).

6      The Declaration of Plaintiffs' counsel, George E. Murphy,
7  articulates in detail just why the still-outstanding discovery is
8  necessary in order to oppose Allstate's Motion.  In response to
9  Plaintiffs' request for an order shortening time, Allstate's
10 counsel points to the fact that it had to have its potentially
11 dispositive Motion for Partial Summary Judgment heard by
12 September 14, 2010 under the terms of the Court's current
13 Pretrial Scheduling Order, and indicates that the selected
14 September 2, 2010 date was the last motion date remaining before
15 that deadline expired.  With respect to the motion itself,
16 Allstate states only that Plaintiffs have indeed raised "a
17 serious question" concerning their need to obtain additional
18 information for purposes of properly opposing Allstate's Motion
19 for Partial Summary Judgment.

20     Under the circumstances, the Court concludes that
21 Plaintiffs have shown good cause for continuing the hearing on
22 Allstate's Motion for Partial Summary Judgment.  Given the
23 impending deadlines, as well as the papers already submitted,
24 Plaintiffs' continuance request is hereby GRANTED.
25 ///
26 ///
27 ///
28 ///

The hearing on Allstate's Motion for Partial Summary Judgment (ECF No. 30) is continued from September 2, 2010 to **October 14, 2010 at 2:00 p.m.**  The deadlines for opposition and reply, if any, shall be calculated in advance of that continued date in accordance with Local Rule 230(c) and (d).

IT IS SO ORDERED.

Dated: August 17, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

4