DENNIS M. CAMPOS, SBN 050234
**GOLDSBERRY, FREEMAN & GUZMAN, LLP**
777 12th Street, Suite 250
Sacramento, CA 95814
Telephone: (916) 448-0448
Email: dcampos@gfsacto.com
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

**FILED**

AUG 27 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WILLIAMS and CARI WILLIAMS,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1 through 25,<br><br>Defendants. | No. 2:09-CV-01023-MCE-DAD<br><br>**STIPULATION FOR PROTECTIVE ORDER REGARDING DISCLOSURE OF CONFIDENTIAL AND/OR PROPRIETARY INFORMATION IN LITIGATION** *applicable to documents in 3 binders produced in response to RFP #5 and #6* |

The parties to this action have been engaged in discovery and disputes have arisen concerning production of documents as to which defendant has raised objections based on confidentiality, trade secret and proprietary issues.

To assist in moving through these discovery issues, the parties, by and through their attorneys, enter into this Stipulation for a protective order regarding the disclosure of information as follows:

1. Any documents, information or things required to be disclosed or produced which the producing party believes confidential information shall be protected by any recipient against disclosure to any persons not parties to this litigation except to those persons defined as Qualified Persons. This Stipulation and Protective Order shall apply to all information, documents or things produced by the parties or third parties, including, but not limited to, documents or things disclosed in discovery, testimony the parties or their experts give at depositions and testimony and documents

1  produced pursuant to this Stipulation.

2      2.    The protection provided by this Stipulation for Protective Order shall extend to any information, documents and things in any way referencing the substance of the foregoing, including, but not limited to, copies, summaries, abstract, reports or analysis of the protected information.

3.    Production of any documents and/or disclosure of any information under this Stipulation and Order shall not be deemed a waiver of any privilege, in whole or in part, in this or any other action.

4.    Documents and material produced pursuant to this Stipulation for Protective Order and the material and information contained therein shall not be used or shown, decimated, copied, or in any way communicated to any person for any purpose whatsoever other than as required for the preparation and trial of this action. Except as provided for the paragraphs below, plaintiffs and their attorneys shall keep all protective information and the material contained therein confidential from all persons.

5.    Except with the prior written consent of the producing party, or upon further order of this Court, information produced pursuant to this Stipulation and the contents thereof shall be disclosed only to the following persons, hereinafter referred to as Qualified Persons:

    (a)    The parties to this action;

    (b)    Counsel of record to the parties of this action;

    (c)    Employees of counsel assigned to and necessary to assist counsel in the course of litigation and preparation for trial of this action;

    (d)    Independent experts retained by the parties in this case whose assistance is necessary in the course of litigation provided that the information disclosed shall be used for purposes of this case only;

    (e)    The Court.

6.    Before being given access to any material produced pursuant to this Stipulation, each Qualified Persons to whom the receiving party and/or the representative of same shall advise the qualified person of the terms of this Stipulation and Order. Counsel of record for this party receiving the protected information shall maintain a list of Qualified Persons to whom any protected information

1  or material contained therein is provided, and that list shall be available at request for inspection by
2  the Court.

3      7.    Counsel of record for the party receiving documents produced pursuant to this
4  Stipulation shall keep records of all copies of the protected information distributed in whole or in part
5  to Qualified Persons. Any copies so distributed shall be returned to the respective counsel after the
6  completion of the Qualified Persons consultation or involvement in this case.

7      8.    Any information produced pursuant to this Stipulation used at a deposition shall be
8  treated as other protected information subject to this Stipulation. To the extent that any information
9  from a protected information or document proposed hereto is used in the taking of depositions, such
10  information shall, at the request of any party, remain subject to the provisions of this Stipulation and
11  Order, along with the transcript pages of the deposition testimony dealing with the protected
12  information. At any time any protected information is used in any deposition, the reporter will be
13  informed of this Order and the reporter will be required to operate in a manner consistent with this
14  Order and shall separately label as confidential the protected information and the confidential portions
15  of the deposition transcript. To the extent that any confidential, proprietary, trade secret or other
16  confidential information is testified to a deposition, the transcript in its entirety will be identified as
17  confidential and disclosed under the provision of this Stipulation only to those persons identified in
18  this Stipulation.

19      9.    Promptly upon the conclusion of this action, all protected information and documents
20  produced hereto and all copies thereof and all excerpts therefrom shall be returned to counsel of record
21  for the party producing such material.

22      10.    The protected information provided pursuant to this Stipulation shall not be used in
23  connection with any matter other than this litigation without further order of this Court.

24      11.    This Stipulation and Order shall be binding upon the parties hereto, upon their
25  attorneys, the successors, executors, personal representatives, administrators, expert witnesses and
26  consultants and other persons or organizations over which the parties and attorneys have control or
27  ///
28  ///

1  who have engaged such persons in connection with this litigation.

3  Dated: 8/27/10

GOLDSBERRY, FREEMAN & GUZMAN, LLP

By _____
DENNIS M. CAMPOS
Attorneys for Defendant
ALLSTATE INSURANCE COMPANY

8  Dated: 8/27/10

MURPHY CAMPBELL GUTHRIE & ALLISTON

By: _____
George E. Murphy
Attorney for Plaintiffs
JACK WILLIAMS and CARI WILLIAMS

DAD

This protective order applies only to documents produced by defendant pursuant to plaintiff's requests for production Nos. 5 & 6 and to no others.

IT IS SO ORDERED.

16  Dated: 8/27/10

_____
MAGISTRATE JUDGE DALE A. DROZD