IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WILLIAMS and CARI WILLIAMS,<br><br>           Plaintiffs,<br><br>      v.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1 through 25,<br><br>           Defendants.<br>_____/ | No. CIV S-09-1023 MCE DAD<br><br><br><br>ORDER |

This matter came before the court on August 27, 2010, for hearing on plaintiffs' motion to compel further responses to plaintiffs' Special Interrogatories (Set One) and to compel further production of documents responsive to plaintiffs' Request for Production of Documents (Set One). George E. Murphy, Esq. appeared for the moving parties. Dennis M. Campos, Esq. appeared for defendant.

Plaintiffs' July 29, 2010 motion (Doc. No. 29) is granted in part. For the reasons stated on the record, the motion to compel further responses to plaintiffs' Special Interrogatories (Set One) is granted to the extent set forth at the hearing with respect to Special Interrogatories Nos. 8(d), 10(a), 10(b), and 12, and denied with respect to Special Interrogatories Nos. 6(a), 10(c), 10(d), 11, 14, 17(a), and 21. Plaintiffs' motion to compel further production of documents

responsive to plaintiffs' Request for Production of Document (Set One) is granted with respect to Requests Nos. 5 and 6, subject to the stipulated protective order signed and filed in open court, and denied with respect to Requests Nos. 1 and 3.  Defendant shall serve the required further responses and production of documents within fourteen days after the August 27, 2010 hearing, absent further order of the court.

IT IS SO ORDERED.

DATED: August 27, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\williams1023.oah082710.mtc