(SPACE BELOW FOR FILING STAMP ONLY)

GEORGE E. MURPHY (SB# 91806)
GEORGE A. GUTHRIE (SB# 201263)
**MURPHY, CAMPBELL, GUTHRIE & ALLISTON**
8801 Folsom Boulevard, Suite 230
Sacramento, CA 95826

Telephone: (916) 484-3501
Fax: (916) 484-3511
Attorneys for Plaintiffs JACK AND CARI WILLIAMS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACK WILLIAMS and CARI WILLIAMS, | Case No. 2:09-CV-01023-MCE-DAD |
| Plaintiffs, | **STIPULATION AND ORDER FOR DISMISSAL** |
| vs. | |
| ALLSTATE INSURANCE COMPANY, and DOES 1 through 25, | |
| Defendants. | |

Plaintiffs, JACK WILLIAMS and CARI WILLIAMS, and Defendant, ALLSTATE INSURANCE COMPANY, having entered into a settlement agreement concerning this action, hereby stipulate to the dismissal of this action with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

DATED: February 14, 2011           MURPHY, CAMPBELL, GUTHRIE & ALLISTON

                    By:   /s/George E. Murphy
                          George E. Murphy
                          Attorney for Plaintiffs JACK WILLIAMS
                          and CARI WILLIAMS

///

///

///

1
STIPULATION AND ORDER FOR DISMISSAL

Dated: February 14, 2011          GOLSBERRY, FREEMAN & GUZMAN, LLP

By:  /s/Dennis M. Campos
Dennis M. Campos
Attorneys for Defendant,
ALLSTATE INSURANCE COMPANY

IT IS SO ORDERED.

DATE: February 14, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE